In the Matter of FANNIE TAYLOR, Appellant and Respondent.

ISRAEL N. THURMAN et al., as Executors and Trustees under the Will of DAVID TAYLOR, Deceased, Respondents and Appellants.

(Argued June 14, 1932; decided July 19, 1932.)

*William H. Bisnoff, Samuel Zamzok* and *Bernard Margulis* for Fannie Taylor, testamentary guardian, etc., appellant and respondent.

*Adolph Feldblum* and *Copal Mintz* for Israel N. Thurman et al., trustees, etc., respondents and appellants.

Appeal of trustees; order affirmed, with costs payable out of the estate. Appeal of petitioner dismissed, without costs. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.